ed with others. C. Andrade, of New York City, for appellants. H. L. Scheuerman, of New York City, for respondent. No opinion. Judgments affirmed, with costs, on 143 App. Div. 311, 128 N. Y. Supp. 501. Orders filed. See, also, 137 N. Y. Supp. 1149.

WHITE et al., Respondents, v. CALVERT, Appellant. (Supreme Court, Appellate Division, Fourth.Department. November 27, 1912.) Action by William N. White and another against Leonard Calvert. No opinion. Order affirmed, with $10 costs and disbursements.

WHITELAW, Appellant, v. WALTHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Alexander G. Whitelaw, as trustee, etc., against Frank O. Walther and another. No opinion. Judgment affirmed, with costs. See, also, 149 App. Div. 954, 133 N. Y. Supp. 1149.

WHITTAKER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Appeal from Trial Term. Action by Helen M. Whittaker, as administratrix, against the New York Central & Hudson River Railroad Company. Judgment for plaintiff, and defendant appeals. Affirmed. Hoyt & Spratt, of Buffalo, for appellant. Bushnell & Kent, of Buffalo, for respondent.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., dissents, upon the grounds: (1) That it is not shown by the evidence that the slipping of the handle bar, if it slipped, was the proximate cause of the accident. (2) That there is no probative evidence to show that the defendant knew or had occasion to know, in the exercise of the highest degree of care, that the pin which would have prevented the slipping of the handle bar was out of place.

WIENER v. WIENER. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Joseph Wiener against Sadie Wiener. No opinion. Motion granted, with $10 costs. Order filed. See, also, 145 App. Div. 922, 130 N. Y. Supp. 1134.

In re WILLCOX et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of William R. Willcox and others. No opinion. Appeal dismissed, with $10 costs and disbursements, on the authority of Matter of City (Valley Stream) 152 App. Div. 422, 137 N. Y. Supp. 329, and Matter of Hamilton, 143 App. Div. 302, 128 N. Y. Supp. 283. Order filed. See, also, 135 N. Y. Supp. 153.

WILLETTS, Appellant, v. CITY of SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by William R. Willetts against the City of Syracuse.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
McLENNAN, P. J., not sitting.

WILLIAM H. HENRY & CO. v. FREY et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by William H. Henry & Company against John E. Frey and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 78 Misc. Rep. 130, 137 N. Y. Supp. 894.

WILLIAMS, Respondent, v. G. H. HARRIS CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Emma Williams, an infant, by Sarah Williams, her guardian ad litem, against the G. H. Harris Company. No opinion. Judgment and order unanimously affirmed, with costs.

WILLIAMS v. LINDEMANN et al. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Mary A. Williams against Katherine Lindemann, individually, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 137 N. Y. Supp. 1149.

WILLIAMS et al., Respondents, v. NEW YORK HERALD, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Charles S. Williams and others against the New York Herald. R. W. Candler, of New York City, for appellant. F. M. Franklin, of New York City, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

In re WILSON. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) In the matter of the application of Dallett H. Wilson, for admission to the bar. No opinion. Application granted.

WINNE v. MURPHY et al. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Elsie M. W. Winne against William H. A. Murphy and another. No opinion. Motions to dismiss appeal granted, without costs. See, also, 137 N. Y. Supp. 1150.